UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TRI INVESTMENTS, INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:18-cv-00116 |
| | § | |
| UNITED FIRE & CASUALTY COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

Plaintiff Tri Investments, Inc. provide notice to the Court that Plaintiff and Defendant have agreed to settlement of all claims in this lawsuit. Accordingly, Plaintiff respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

**RAIZNER SLANIA LLP**

*/s/Jeffrey L. Raizner*
Jeffrey L. Raizner
Texas Bar No. 00784806
jraizner@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098

*Of Counsel*:

Andrew P. Slania
Texas Bar No. 24056338
aslania@raiznerlaw.com
Ben Wickert

Texas Bar No. 24066290
bwickert@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record on this the 26th day of August 2021, via ECF, hand delivery, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure.

Robert Scheihing
Frederick Saporsky, III
BROCK GUERRA STRANDMO DIMALINE JONES P.C.
17339 Redland Road
San Antonio, TX 78247
**ATTORNEY FOR DEFENDANT**

/s/Jeffrey L. Raizner
JEFFREY L. RAIZNER